IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01765-BNB

SHAWN A. JACKSON, JR.,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 9 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Shawn A. Jackson. Jr., is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Administrative-Maximum U.S. Penitentiary in Florence, Colorado. On August 10, 2008, Mr. Jackson submitted to the Court a Letter asserting claims that challenge the conditions of his confinement. Magistrate Judge Craig B. Shaffer entered an order on August 19, 2008, construing the Letter as civil rights complaint and directing Mr. Jackson to file his claims on a Court-approved Prisoner Complaint form. Mr. Jackson also was instructed either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $350.00 filing fee in full.

On September 15, 2008, Mr. Jackson submitted a Letter to the Court in which he requests an extension of ninety days to comply with the August 19, 2008, Order. Mr. Jackson asserts in the Letter that he needs ninety days to exhaust his remedies and to compile all the necessary paperwork. On September 16, 2008, Magistrate Judge Boyd

N. Boland entered a Minute Order on September 16, 2008, denying Mr. Jackson's request for an extension of time because a prisoner must exhaust all administrative remedies prior to filing a complaint and because he does not need ninety days to complete the Court-approved form. Magistrate Judge Boland did allow Mr. Jackson an additional thirty days from the September 16, 2008, Minute Order to comply with the August 19, 2008, Order to Cure Deficiencies.

Mr. Jackson now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies noted in the August 19, 2008, Order within the time allowed. The Court has reviewed the file, concurs with both Magistrate Judge Shaffer's findings and Magistrate Judge Boland's findings, and finds that the action should be dismissed for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 29 day of _____Oct._____, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01765-BNB

Shawn A. Jackson, Jr.
Reg. No. 43324-061
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk